**GRANTED.**

*/s/ Thomas A. Wiseman Jr.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 3:10-cr-00164 |
| | ) | |
| WILLIAM HATFIELD. | ) | |

## MOTION TO DISMISS INDICTMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and, to formally move this Court to dismiss the indictment as to this defendant in this case without prejudice. The defendant has entered an agreement for pretrial diversion.

                              Respectfully submitted,

                              JERRY E. MARTIN
                              United States Attorney
                              Middle District of Tennessee

                              _s/ B.H. Boucek_
                              BRADEN H. BOUCEK
                              Assistant U. S. Attorney
                              110 9th Avenue, South
                              Suite A-961
                              Nashville, Tennessee 37203
                              (615) 736-5151
                              TN BPR No. 021399